Decided February 18, 1998

## STATE OF CONNECTICUT *v.* EVERETT EDWARDS

The defendant's petition for certification for appeal from the Appellate Court, 47 Conn. App. 928 (AC 16518), is denied.

CALLAHAN, C. J., did not participate in the consideration or decision of this petition.

*Richard Condon, Jr.,* special public defender, in support of the petition.

*Rita M. Shair*, assistant state's attorney, in opposition.

Decided February 18, 1998